IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Justin Grant Price, | ) | C/A No.: 1:20-2166-SAL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Nurse Ms. Karissa, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Justin Grant Price ("Plaintiff"), proceeding pro se, filed this action on June 8, 2020. [ECF No. 1]. On July 31, 2020, defendant Karissa filed a motion for summary judgment. [ECF No. 19]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by August 31, 2020. [ECF No. 20]. Plaintiff was specifically advised that if he failed to respond adequately, Karissa's motion may be granted. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Karissa's motion for summary judgment. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Karissa's motion for summary judgment by

September 23, 2020.[1] Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 9, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] It appears Plaintiff was released from jail on August 6, 2020. https://www.horrycounty.org/Departments/Sheriff/Detention/booking-release (last visited September 9, 2020). Although a *Roseboro* order related to a subsequent motion was returned in the mail [ECF No 32], there is no indication that Plaintiff did not receive the court's July 31, 2020 *Roseboro* order related to Karissa's motion for summary judgment.